IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. 4:16-cv-171 |
| Othneil T. Smith, III et al, Coastal Pharmacy Labs, LLC, and Blair H. German | * | |
| | * | |
| | * | |

## ENTRY OF DEFAULT

It appearing that the Plaintiff has filed an Affidavit for entry of default, and it further appearing that the Defendant(s) _____Othniel T. Smith, III, et al._____ has/have failed to appear, plead or otherwise defend as provided in the Federal Rules of Civil Procedure;

DEFAULT is hereby entered against the said Defendant(s), this ___28th___ day of _____October_____, 2016.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk