IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>OTHNIEL T. SMITH, III;<br>STEPHEN S. PUTNAL; GEORGIA<br>DEPARTMENT OF REVENUE;<br>COASTAL PHARMACY LABS, LLC,<br>d/b/a Coastal Compounding<br>Pharmacy, tenant in<br>possession; and BLAIR H.<br>GERMAN, d/b/a German Systems,<br>tenant in possession;<br><br>  Defendants.<br><br>GEORGIA DEPARTMENT OF<br>REVENUE,<br><br>  Cross-claimant,<br><br>v.<br><br>OTHNIEL T. SMITH, III,<br><br>  Cross-defendant. | CASE NO. CV416-171 |

## O R D E R

Before the Court is the Government's Consent Motion for Order Confirming Sale. (Doc. 58.) In the Consent Motion for Order Confirming Sale, the Government requests this Court enter an order confirming the sale of the real property located at 6709 Forest Park Drive, Savannah, GA

31406 (Chatham County PIN 2-0535-03-064) (the "Subject Property") and that the Subject Property be sold free and clear of any rights, titles, claims or interests of any of the parties to this action. (Id. at 1.) After careful consideration, the Court **GRANTS** the Government's Consent Motion for Order Confirming Sale.

Accordingly, it is **ORDERED** that the sale of the Subject Property whose legal description is

> ALL that certain lot, tract or parcel of land situate, lying and being in Savannah, Chatham County, Georgia, shown and designated as Lot 1, Forest Park Estates Subdivision on that certain Plat entitled "Recombination of Lots 1, 2, 3, Block 4, and the southern portion of Beverly Road, Forest Park Estates Subdivision, Savannah, Chatham County, Georgia" dated January 5, 1999, prepared by Freeman & Vaughn Engineering, Inc., recorded in Subdivision Map Book 18-S, folio 47 of the records of Chatham County, Georgia, to which reference is hereby made for a more complete description

to Hills Rental Properties, LLC, for the sum of $425,000 is hereby confirmed. Upon payment of $425,000 (including the $4,000 that has already been received as earnest money) within thirty days of the date of this Order, Faithpromise, Inc., d/b/a TriCounty Real Estate, represented by Dianne Sims Kessler, as its president, as receiver, is authorized and directed to issue a Receiver's Deed for that property

to Hills Rental Properties, LLC, in the form agreed upon by the parties and attached to the Government's Consent Motion as Attachment 4. (Doc. 58, Attach. 4 at 1-3.) The proceeds of the sale shall be distributed pursuant to a future order of this Court.

SO ORDERED this 22ND day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA