# United States District Court
## *Southern District of Georgia*

United States Of America

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-171

Othneil T. Smith, III, Stephen S. Putnal, Georgia Department
of Revenue, Coastal Pharmacy Labs, LLC, Blair H. German,
Georgia Department of Revenue, Othneil T. Smith, III

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated September 26, 2019, it is ORDERED that the

proceeds of the sale of the Subject Property in the amount of $398,081.95 be distributed as set forth

in said Order. This action stands closed.



September 26, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*