# United States District Court
## *Southern District of Georgia*

United States Of America

                                              JUDGMENT IN A CIVIL CASE

                        v.                    CASE NUMBER: CV416-171

Othneil T. Smith, III, Stephen S. Putnal, Georgia Department
of Revenue, Coastal Pharmacy Labs, LLC, Blair H. German,
Georgia Department of Revenue,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

## IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the United States and against Defendant Othniel T. Smith, III that he

owes the United States for his federal income tax liabilities for 2006, 2009, and 2010 in the amount

of $314,153.60 as of February 1, 2017 plus accrued statutory interest to the date of payment in full

pursuant to 28 U.S.C. 1961(c)(1) and 26 U.S.C. 6601, 6621, and 6622. This action stands closed



September 30, 2019                            Scott L. Poff
*Date*                                        *Clerk*


                                              _____
                                              *(By) Deputy Clerk*